IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-263-FL

| | |
|---|---|
| JUANITA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $4,627.25 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $4,627.25 and upon the payment of such sum, this case is dismissed with prejudice.

This 6th day of August, 2019.

_____
United States District Judge